# CIVIL CAUSE FOR TELEPHONE PRETRIAL CONFERENCE

BEFORE: JUDGE JOAN M. AZRACK
DATE: 7/23/2015      TIME:  11:00 AM      TIME IN COURT: 30 minutes

CASE:  **CV 14-1409 (JMA) (SIL)** Zuluaga v. County Of Nassau et al

APPEARANCES:         Plaintiff: Steven Hoffner

                     Defendant: Pablo Fernandez, Kevin Palmeri

FTR:

☒   Case Called.
☒   Counsel for all sides present.
☐   Briefing schedule set.  Moving papers served by:    Response:   Reply:
☐   Next conference scheduled on
☐   Case to be referred to the Magistrate Judge for
☐   Jury selection and trial scheduled for
☒   Other:

- Parties to provide the Court with two (2) sets of trial exhibit binders by 7/31/15.

- Plaintiff to submit proposed jury instructions by 7/31/15.

- Parties to submit proposed interrogatories for issue of qualified immunity by 7/31/15.

- Parties to file letters regarding failure to intervene dispute by 7/29/15.

- Jury selection to begin at 10 AM on 8/11/15 with trial to immediately follow.