# STEVEN A. HOFFNER
### ATTORNEY AT LAW

325 Broadway, Suite 505                                 tel: 212-941-8330
New York, New York 10007                      fax: 646-810-4031

___

July 29, 2015

Honorable Joan M. Azrack
United States District Judge
100 Federal Plaza
Central Islip, New York 11722-9014

                                      Re:     Daniel Zuluaga
                                                       14-CV-1409 (LDW)(SIL)

Your Honor:

       I am plaintiff's attorney on the above matter. I am writing to inform you that the parties have settled the above matter. The amount of the settlement is $75,000, inclusive of attorney's fees and costs. Accordingly, the parties will not be furnishing the Court with any additional legal documents related to the trial, which was scheduled for August 11, 2015. We expect to have settlement papers signed and filed within two weeks.

       Also, thank you for your assistance in facilitating settlement. As always, it was a pleasure to appear before you, and I look forward to seeing you again soon.

                                                                    Respectfully,

                                                                    /s/

                                                                    Steven Hoffner

cc: Kevin Palmeri