UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DANIEL ZULUAGA,

                          Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
OFFICER MICHAEL J. MAIORANO AND NASSAU
COUNTY POLICE OFFICER MARTY MESSINA,
EACH SUED INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY,

                          Defendants.
---------------------------------------------------------------X

14-cv-1409
(JMA)(SIL)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, including but not limited to any counterclaims and/or cross claims the parties may have had as against the other in the above-captioned action, is dismissed **with prejudice**, and without costs or attorney fees to either party as against the other.

Dated: August 12, 2015
       New York, New York

STEVEN HOFFNER, ESQ.

By    _____
      Steven Hoffner, Esq.

325 Broadway, Suite 505
New York, NY 10007
*Attorneys for Plaintiff*

Dated: August 12, 2015
       Mineola, New York

CARNELL T. FOSKEY
Nassau County Attorney

BY: _____
    Kevin C. Palmeri
    Deputy County Attorney

One West Street
Mineola, New York 11501
516-571-3011
*Attorney for County Defendants*

SO ORDERED:

_____
Hon. Joan M. Azrak, U.S.D.J.