UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DANIEL ZULUAGA,

                           Plaintiff,

               -against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
OFFICER MICHAEL J. MAIORANO AND NASSAU
COUNTY POLICE OFFICER MARTY MESSINA,
EACH SUED INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY,

                           Defendants.
------------------------------------------------------------------ X

14-cv-1409
(JMA)(SIL)

STIPULATION AND
ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, including but not limited to any counterclaims and/or cross claims the parties may have had as against the other in the above-captioned action, is dismissed **with prejudice**, and without costs or attorney fees to either party as against the other.

Dated: August 12, 2015
       New York, New York

STEVEN HOFFNER, ESQ.

By    _____
      Steven Hoffner, Esq.

325 Broadway, Suite 505
New York, NY 10007
*Attorneys for Plaintiff*

Dated: ~~August 12~~ Sept 15, 2015
Mineola, New York

CARNELL T. FOSKEY
Nassau County Attorney

BY: _____/s/ Kevin C. Palmer_____
Kevin C. Palmeri
Deputy County Attorney

One West Street
Mineola, New York 11501
516-571-3011
*Attorney for County Defendants*

SO ORDERED:

_____
Hon. Joan M. Azrak, U.S.D.J.